AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Arminas Wagner Enterprises, Inc.,

     Plaintiff,

v.

Ohio Security Insurance Company,

     Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00897-JCM-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendant, Ohio Security Insurance Company, against Plaintiff, Arminas Wagner Enterprises, Inc., with prejudice. This case is now closed.

February 17, 2023               DEBRA K. KEMPI
Date                        Clerk

                         /s/ T. Roush-Wallace
                         Deputy Clerk